**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Anray Lasard Woodard v. The State of Texas

Appellate case number:    01-12-00063-CR

Trial court case number:  11DCR057114A

Trial court:              268th District Court of Fort Bend County

Our complete review of the above-referenced appeal requires the court reporter's transcription of the voir dire and punishment hearing portions of the trial. Accordingly, we order the court reporter to prepare, certify, and file a supplemental reporter's record containing the voir dire and punishment hearing no later than 20 days from the date of this order. *See* TEX. R. APP. P. 34.6(d).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   X Acting individually      ☐ Acting for the Court

Date: May 17, 2013